

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00507-CV

### IN RE RYDER INTEGRATED LOGISTICS, INC.
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

### ORDER

Sitting:       Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On August 8, 2016, Relators filed a petition for writ of mandamus and emergency motion to stay. The court has considered the petition and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion to sty are **DENIED**. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 8, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-Conservators of Rafael "Ralph" Molina, and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc., Ryder Integrated Logistics of Texas, LLC and Ernesto Solis, Lucila Solis, Sonia Martin Solis, Sonia Martin Solis and Elija Angel Solis, And Roberto Solis, Jr., Legal Heirs of the Estate of Roberto Solis, Sr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.
.